IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Alexus Marie Hudson ) | |
| ) | In proceedings under |
| ) | Chapter 13 |
| Debtor(s). ) | |
| ) | |
| RUSSELL C. SIMON, ) | Bk. No.: 19-31101 |
| Chapter 13 Trustee/Objector, ) | |
| v. ) | |
| BISSELL APARTMENTS ) | |
| (Claim #7), ) | |
| Creditor/Respondent. ) | |

## TRUSTEE'S OBJECTION TO CLAIM
## AND NOTICE FIXING TIME TO RESPOND

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and objects to the claim filed November 5, 2019, by the Debtors on behalf of the Bissell Apartments (Claim No. 7), in the amount of $3,462.00

1. The Federal Rules of Bankruptcy Procedure only permit the filing of a proof of claim by the Debtor "[i]f a creditor does not timely file a proof of claim . . . ." Fed. R. Bankr. P. 3004.

2. The Trustee objects to the Debtors' claim on the basis that it would appear Bissell Apartments, had already filed a proof of claim (Claim No. 6) for this obligation on October 22, 2019.

WHEREFORE, the undersigned Trustee prays that Claim #7 be disallowed, and for all other relief this Court deems just and equitable.

**THE DEBTOR(S) AND THE ABOVE REFERENCED CREDITOR ARE HEREBY NOTIFIED THAT AN APPROPRIATE RESPONSE, IF ANY, MUST BE FILED NO LATER THAN 21 DAYS FROM THE DATE OF THIS NOTICE. ABSENT A TIMELY RESPONSE, AN ORDER APPROVING THE OBJECTION WILL BE ENTERED BY THE COURT WITHOUT FURTHER HEARING.**

/s/ Russell C. Simon, Chapter 13 Trustee

RUSSELL C. SIMON, Trustee
Chapter 13 Trustee
24 Bronze Pointe
Swansea, Illinois  62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to Duplicate Filed Claim was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Monday, November 25, 2019

/s/Rebecca

Alexus Marie Hudson
1300 Klein Ave Apt E 508
Venice, IL 62090

LAND OF LINCOLN LEGAL AID
8787 STATE ST STE 101
E ST LOUIS, IL 62203

BISSELL APARTMENTS
1300 KLEIN AVE
VENICE, IL 62090

BISSELL APARTMENTS
P. O. BOX 247
EDWARDSVILLE, IL 62025